IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
ASHAUNTAY EWING,              )
                              )
    Plaintiff,                )
                              )     CIVIL ACTION NO.
    v.                        )       3:13cv746-MHT
                              )           (WO)
ROYAL TRUCKING COMPANY,       )
INC, a corporation; et al.,   )
                              )
    Defendants.               )
```

ORDER

This lawsuit, which was removed from state to federal court based on diversity-of-citizenship jurisdiction, 28 U.S.C. §§ 1332, 1441, is now before the court on plaintiff's motion to remand. Based on a review of the record and after the benefit of oral argument, the court agrees with plaintiff that this case should be remanded to state court. The court agrees with plaintiff that there has not been fraudulent joinder. See Coker v. Amoco Oil Co., 709 F.2d 1433, 1440 (11th Cir. 1983); Cabalceta v. Standard Fruit Co., 883 F.2d 1553, 1561 (11th Cir. 1989).

***

Accordingly, it is the ORDER, JUDGMENT, and DECREE of the court that plaintiff's motion to remand (Doc. No. 9) is granted and that, pursuant to 28 U.S.C. § 1447(c), this cause is remanded to the Circuit Court of Macon County, Alabama.

It is further ORDERED that any and all other pending motions are left for disposition by the state court after remand.

The clerk of the court is DIRECTED to take appropriate steps to effect the remand.

This case is closed in this court.

DONE, this the 11th day of December, 2013.

                /s/ Myron H. Thompson
           UNITED STATES DISTRICT JUDGE